# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HORACE L. VINSON, et al., | ) | CASE NO. 5:09CV1826 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL KOUBEK, et al., | ) | **ORDER** |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

Before the Court is the plaintiffs' motion to dismiss the remaining claims in their entirety. (Doc. No. 19.) Defendants have indicated that they do not oppose the dismissal. Accordingly, the motion is **GRANTED** and all remaining claims are **DISMISSED**, with each party to bear its own costs.[1]

**IT IS SO ORDERED**.


Dated: January 6, 2010

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

---

[1] Under Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Sometimes "terms" include some payment of defendant's costs by the plaintiff. However, defendants here have made no request for any terms of dismissal and, therefore, the Court grants none. Further, as provided by the terms of Rule 41 and since the defendants did not request otherwise, the dismissal is without prejudice.