UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HORACE L. VINSON, et al., | ) | CASE NO. 5:09CV1826 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL KOUBEK, et al., | ) | **JUDGMENT ENTRY** |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Order, and upon plaintiffs' motion, all remaining claims are **DISMISSED**, with each party to bear its own costs. Case closed.

**IT IS SO ORDERED**.

Dated: January 6, 2010

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**